UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT

| | |
|---|---|
| **George Webb Sweigert,** | : CASE |
| **Plaintiff,** | : NO - 2:20-cv-12933-GAD-KGA |
| V. | : US DISTRICT COURT JUDGE |
| | : Judge Gershwin A. Drain |
| **CABLE NEWS NETWORK, INC** | : RESPONSE TO ORDER |
| | : TO SHOW CAUSE |

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE**

Plaintiff hereby files this Response to the Court's Order To Show Cause dated June 4th, 2021, and, for the reasons stated herein, respectfully requests that the Court not dismiss this action.

The Plaintiff, George Webb Sweigert, successfully served numerous Defendant's in a pro se lawsuit in District of Columbia in 2017 using a process server located in Washington, DC. These transactions were conducted in person before COVID restrictions. COVID restrictions have added to some of the administrative process complexity for obtaining a proper Summons from the Court.

The Defendant, Cable News Network, Inc., also uses a Registered Agent at a different address than the CNN Headquarters in Atlanta. This off-site Registered Agent at a different address confused in person efforts to serve the Complaint in December of 2020.

The Plaintiff requests for the Court to extend time for a proper Summons and Complaint to be served on the Defendant. Two weeks should be more than adequate to accomplish this Service.

Respectfully submitted this 18th day of June 2021,

*/s/ George Sweigert*

George Webb Sweigert (pro se),
george.webb@gmail.com, 503-919-0748
1671 W Stearns Road, Temperance, MI 48182