UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
Southern Division

George Webb Sweigert,
                         Plaintiff,

-against-                 CASE: 2:20-cv-12933-GAD-KGA

Cable News Network
                         Defendant.

---

| | |
|---|---|
| Non-party declarant<br>D. G. SWEIGERT, C/O<br>AMERICA'S RV<br>MAILBOX, PMB 13339<br>514 Americas Way, Box Elder, SD 57719<br>Spoliation-notice@mailbox.org | Plaintiff<br>GEORGE WEBB SWEIGERT<br>209 ST. SIMONS COVE,<br>PEACHTREE, GA 30269-4201<br>503-919-0748<br>Georg.webb@gmail.com |
| Jason Goodman<br>252 7th Avenue #6s<br>New York, NY 10001<br>(323) 744-7594<br>truth@crowdsourcethetruth.org<br>Pro Se | Robin Luce Herrmann (P46880)<br>Jennifer A. Dukarski (P74257)<br>Javon R. David (P78214)<br>BUTZEL LONG, a professional corporation<br>Attorneys for Defendant Cable News Network, Inc.<br>41000 Woodward Avenue<br>Stoneridge West<br>Bloomfield Hills, MI 48304 (248) 258-1616<br>Luce-Herrmann@butzel.com<br>Dukarski@butzel.com<br>Davidj@butzel.com |

## DECLARATION OF D. G. SWEIGERT

NOW COMES D. GEORGE SWEIGERT, *pro se* non-attorney third-party, to provide an accurate and truthful declaration of the events and persons that have become involved with the subject matter of this lawsuit.

Attached as EXHIBIT ONE is an accurate and truthful reproduction of an e-mail message response received from the Pentagon responsive to a Freedom of Information Act request regarding Matt Benassi, the spouse of the alleged COVID-19 "patient zero" (Maatje Benassi), as reported by George Webb Sweigert. Mr. Benassi is sought as a witness in the litigation known as *Sweigert v. Goodman,* S.D.N.Y., 1:18-cv-08653, for his communications with George Webb Sweigert's former girlfriend Corean Elizabeth Stoughton of Hanover, Maryland.

Attached as EXHIBIT TWO is an accurate and truthful reproduction of the ORDER (Judge Valerie E. Caproni) in the matter of Jason Goodman's company – Multimedia Systems Design, Inc. (a New York charted corporation).

Respectfully submitted on this November 18, 2021

*/s/ D. Sgt*

D. G. SWEIGERT, C/O
AMERICA'S RV MAILBOX, PMB 13339
514 Americas Way, Box Elder, SD 57719
Spoliation-notice@mailbox.org

2

## CERTIFICATE OF SERVICE

I, hereby certify, under penalties of perjury, that a true copy of the accompanying documents has been filed electronically with pdf copies to all parties.

| | |
|---|---|
| Jason Goodman<br>truth@crowdsourcethetruth.org | George Webb Sweigert<br>Georg.webb@gmail.com |
| | L Robin Luce Herrmann (P46880)<br>Jennifer A. Dukarski (P74257)<br>Javon R. David (P78214)<br>luce-Herrmann@butzel.com<br>Dukarski@butzel.com<br>Davidj@butzel.com |

I hereby attest that the foregoing was transmitted November 18, 2021 under the penalties of perjury.

*D. Sgt*

**D. G. SWEIGERT, C/O**
**AMERICA'S RV MAILBOX, PMB 13339**
**514 Americas Way, Box Elder, SD 57719**

## **EXHIBIT ONE**

---------- Original Message ----------
From: jonathan.staeblein@us.af.mil
To: spoliation-notice@mailbox.org
Cc: jonathan.staeblein@us.af.mil
Date: 07/15/2021 7:00 PM
Subject: Request Acknowledgement - AF FOIA 2021-03728-F

Dear Mr. Sweigert,

This is to acknowledge receipt of your 13 July 2021, Freedom of Information Act (FOIA) request for "documents related to the assignment of the following Air Force civilian employee: Matthew Benassi."

Our organization has a significant number of pending FOIA requests, which prevents us from making a response determination within 20 workdays and we have instituted multitrack processing of requests.

We have assigned number 2021-03728-F to identify your request; should you need to contact us about your request. Please direct your questions to Mr. Jonathan Staeblein at 703-692-9979 or SAF.AA.HAF.FOIA.Workflow@us.af.mil and use this assigned number to assist us in responding more promptly.

Based on our current backlog, we expect to respond to your request not later than 90 days from the date of this email. We will notify you in writing if additional processing time is required. Our policy is to process requests within their respective tracks in the order in which we receive them. We process each FOIA request as quickly as we can.

Please note we are currently minimally manned and on telework status until further notice which could contribute to further delays in responding. Thank you in advance for your patience.

Very Respectfully,

Mr. Jonathan Staeblein
Department of the Air Force
SAF/AAII (FOIA)
1000 Air Force Pentagon
Washington, DC 20330-1000

**EXHIBIT TWO**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/16/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
THE NATIONAL ACADEMY OF
TELEVISION ARTS AND SCIENCES, INC. ET AL.,

      -against-

MULTIMEDIA SYSTEM DESIGN, INC.

                    Defendant.
------------------------------------------------------------ X

20-CV-7269 (VEC)

ORDER TO SHOW CAUSE

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on September 4, 2020, *see* Dkt. 1;

    WHEREAS Defendant was originally represented by counsel, *see, e.g.*, Dkt. 11;

    WHEREAS on August 13, 2021, the Court relieved counsel for Defendant and directed that new defense counsel must file a notice of appearance no later than November 15, 2021, or else the Court would issue an order to show cause why Plaintiff should not be entitled to a default judgment against Defendant; and

    WHEREAS to date, no new counsel has appeared on behalf of Defendant;

    IT IS ORDERED that Defendant, Multimedia System Design, Inc., must, no later than **November 30, 2021**, show cause in writing why Plaintiff should not be entitled to a default judgment.

**SO ORDERED.**

Date: November 16, 2021
New York, NY

                              **VALERIE CAPRONI**
                              **United States District Judge**