UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

George Webb Sweigert,

                Plaintiff(s),

v.                                      Case No. 2:20−cv−12933−GAD−KGA
                                            Hon. Gershwin A. Drain

Cable News Network, Inc.,

                Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Gershwin A. Drain at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. The following motion(s) are *rescheduled* for hearing:

      Motion to Dismiss − #15

- MOTION HEARING:  January 20, 2022 at 04:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/T McGovern
                                                     Case Manager

Dated:   December 14, 2021