UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT

| | |
|---|---|
| **George Webb Sweigert,** | : CASE |
| Plaintiff, | : NO - 2:20-cv-12933-GAD-KGA |
| V. | : US DISTRICT COURT JUDGE |
| | : Judge Gershwin A. Drain |
| **CABLE NEWS NETWORK, INC** | : REQUEST FOR LEAVE TO AMEND |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

1. Federal Rule of Civil Procedure 15(a) provides that, except in Circumstances not present here, "a party may amend its pleading only with the Opposing Party's written consent or the court's leave," which "[t]he court should freely give . . . when justice so requires." Fed. R. Civ. P. 15(a)(2).

2. The Ninth Circuit has directed that this policy be applied with "extreme liberality." Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003) (citation omitted).

3. In ruling upon a motion for leave to amend, a court must consider whether the moving party acted in bad faith or unduly delayed in

    seeking amendment, whether the Opposing Party would be prejudiced, whether an amendment would be futile, and whether the movant previously amended the pleading.

4. United States v. Corinthian Colleges, 655 F.3d 984, 995 (9th Cir. 2011). "Absent prejudice, or a strong showing of any of the remaining [factors], there exists a presumption under Rule 15(a) in favor of granting leave to amend." C.F. ex rel. Farnan v. Capistrano Unified Sch. Dist., 654 F.3d 975, 985 (9th Cir. 2011) (citation omitted).

5. The Court should find amendment is permissible. The Court should find that there is no indication that Plaintiffs' move to amend is made in bad faith nor that a properly worded amendment would be futile. Additionally, Plaintiff has not previously moved for leave to amend.

6. At this early stage in the proceedings, the Court should find neither undue delay nor that Defendant would be prejudiced by the requested amendment.

7. Respectfully submitted this 13th day of December, 2021,

*/s/ George Sweigert*

George Webb Sweigert (pro se),
george.webb@gmail.com, 503-919-0748
209 St. Simons Cove, Peachtree, GA 30269-4201