UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
AT DETROIT

| | |
|---|---|
| **George Webb Sweigert,** | : CASE |
| | : |
| Plaintiff, | : NO - 2:20-cv-12933-GAD-KGA |
| | : |
| V. | : US DISTRICT COURT JUDGE |
| | : |
| | : Judge Gershwin A. Drain |
| | : |
| **CABLE NEWS NETWORK, INC** | : MOTION TO STRIKE |
| | |
| | AMICUS BRIEF BY JASON GOODMAN |
| | |
| | NON-PARTY TO LAWSUIT |
| | |
| | : MOTION FOR DISCOVERY |
| | : |

**MOTION TO STRIKE MALICIOUS AND VEXATION AMICUS BRIEF DESIGNED TO UNDERMINE AUTHORITY OF THIS HONORABLE COURT**

1. Now comes George Webb Sweiget, Plaintiff in Sweigert v Cable News Network.

2. Plaintiff motions to strike the Amicus Brief filed by Non-Party, Jason Goodman.

3. The Plaintiff, George Webb Sweigert, has never brought a legal action ever against Non-Party Jason Goodman until January of 2022, last month as of this writing.

4. The Plaintiff, George Webb Sweigert, has only filed one legal action in his lifetime against Non-Party Jason Goodman, and only in this Honorable Court.

5. The Plaintiff, George Webb Sweigert, has never been the Defendant of a lawsuit filed by Non-Party Jason Goodman until December of 2021 in the Southern District of New York.

6. The Plaintiff, George Webb Sweigert, did not move to strike the Amicus Brief of Non-Party Jason Goodman in July of 2021, even after Non-Party Goodman accused the Plaintiff of entering into a felonious conspiracy with an Officer of this Honorable Court, even though it supported the Motion To Dismiss from the Defendant, CNN,

7. The Plaintiff, George Webb Sweigert, now moves to strike the Amicus Brief because Defendant CNN has now chosen to take advantage of this malicious and vexatious Amicus Brief, by filing a motion to strike the Plaintiff's Amended Complaint.

8. The Defendant CNN choses to issue a Motion To Strike the Plaintiff's Amended Complaint concurrently with an escalation of attacks by Non-Party Goodman's attacks on the legitimacy of this Honorable Court.

9. The Defendant CNN choses to issue a Motion To Strike the Plaintiff's Amended Complaint concurrently with Non-Party Goodman's attacks on the Presiding Judge of this Honorable Court, accusing him of Criminal Activity in a broadcast of February 15th, 2022, completely mischaracterizing an article in the Wall Street Journal.



10. The Defendant CNN choses to issue a Motion To Strike the Plaintiff's Amended Complaint concurrently with Non-Party Goodman's attacks on the Presiding Judge of this Honorable Court, accusing him of Criminal Activity in a broadcast of February 15th, 2022, completely mischaracterizing a pension fund's market basket of investments in a broad variety of investments as criminal conflict of interest. The Judge's market basket of investment included an automobile insurance company. A vexatious Litigant, after his specious claims were turned away, chose to attempt to undermine the legitimacy of the



Court.

11. The Defendant CNN choses to issue a Motion To Strike the Plaintiff's Amended Complaint concurrently with Non-Party Goodman's attacks on the Presiding Judge of this Honorable Court, satirizing him as being in a Criminal Conspiracy with the Plaintiff in a

broadcast of February 15th, 2022.



12. The Defendant CNN choses to issue a Motion To Strike the Plaintiff's Amended Complaint concurrently with Non-Party Goodman's attacks on the Presiding Judge of this Honorable Court, creating a false report to the Federal Bureau of Investigation in a broadcast of February 15th, 2022, implicating the entire Court of Judge Gershwin Drain.

13. The Plaintiff, George Webb Sweigert, has waited eight months for the Defendant, CNN, to disavow the malicious and vexatious undermining of this Court, but the Defendant CNN has chosen to sit on their hands, only moving to strike when the Plaintiff tries to exercise their right to an Amended Complaint. It should be noted in the only case the Defendant CNN cited for a pro se attorney asking for an Amended Complaint, Siner v City of Detroit, the Honorable Judge Gershwin Drain not only granted the pro se Plaintiff the right to an Amended Complaint, Judge Drain also granted the Motion For Discovery.

14. The Plaintiff, George Webb Sweigert, finds it unfortunate that the Defendant, CNN, chooses to sit on their hands while the legitimacy of this Honorable Court is undermined. As Officers of this Court, every Officer has a professional code of conduct requiring them

to strike malicious and vexatious Non-Parties, no matter which way the wind blows in terms of favor.

15. The Non-Party Jason Goodman has been in contact with the key actor in this lawsuit, CNN Reporter Donie O'Sullivan since 2017. The Court and the Plaintiff have no remedy to know whether collusion exists between the Defendant CNN and Non-Party Jason Goodman without the powers of Discovery.

16. It is the duty of the Court to root out any collusive behavior between Non-Parties and Defendants to protect the legitimacy of Courts everywhere. Contempt of Court and Obstruction of Justice must be rooted out if any indication of collusion or conspiracy exists in undermining the Court. (See Siner V. City of Detroit), the Honorable Judge Gershwin Drain presiding.

17. The Plaintiff hereby asks the Court to grant the Plaintiff's Motion For An Amended Complaint (Siner v City of Detroit), and grant a Motion For Discovery (Siner v City of Detroit) whenever the behavior of the Defendant or opposing Counsel suggest collusive behavior with a Non-Party to the action before the Court.

18. Respectfully submitted this 16th day of February, 2022,

*George Sweigert*

George Webb Sweigert (pro se),
george.webb@gmail.com, 503-919-0748
209 St. Simons Cove, Peachtree, GA 30269-4201
Signed this day of February 16th, 2022