## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION
## AT DETROIT

| | |
|---|---|
| **George Webb Sweigert,** | **: CASE** |
| | **:** |
| **Plaintiff,** | **: NO - 2:20-cv-12933-GAD-KGA** |
| | **:** |
| **V.** | **: US DISTRICT COURT JUDGE** |
| | **:** |
| | **: Judge Gershwin A. Drain** |
| | **:** |
| **CABLE NEWS NETWORK, INC** | **: REPLY TO RESPONSE FOR** |
| | **MOTION TO STRIKE** |
| | **:** |
| | **:** |

## REPLY TO RESPONSE FOR MOTION TO STRIKE

1. Now comes George Webb Sweiget, Plaintiff in Sweigert v Cable News Network.

2. Counsel of Defendant CNN seeks to prevent a MOTION TO STRIKE a malicious, vexatious Amicus Brief by Non-Party Jason Goodman,  that seeks to defile the Honor and Reputation of an Officer of this Honorable Court with baseless charges of FORGERY and FRAUD ON THE COURT .  The Non-Party Jason Goodman that filed this Amicus Brief has been SANCTIONED TWICE by Federal Judges in the Southern District of New York, and is in violation of a Protective Order from a Federal Judge.  The Plaintiff has a Right to defend the Court against such attacks and disruptions to secure his right to grievance and compensatory damages for irreparable harm.

3. The Counsel of the Defendant CNN further seeks to ENJOIN the Plaintiff from Motion To Strike attacks on the Presiding Judge in this CNN from similar attacks of FRAUD ON THE COURT by this same Non-Party, Jason Goodman. The CNN Counsel seeks a Protective Order to restrain the Plaintiff from his Fundamental Rights of grievance and compensatory damages for irreparable harm.

4. The Plaintiff has not abused his rights to protect his access to grievance and compensatory damages for irreparable harm, acting only with a MOTION TO STRIKE an Amicus Brief of a vexatious and malicious Non-Party, Jason Goodman.

5. The Law provides for Damages to be meted out in a Court for irreparable harm done to a Plaintiff. George Webb Sweigert.  The Plaintiff has acted reasonably and judiciously in seeking to prevent undermining the legitimacy of the Court.

6. The Plaintiff has telephonic proof that the Non-Party Jason Goodman and the key actor for the Defendant CNN have been in communication since June of 2017.

7. The Plaintiff, George Webb Sweigert, finds it unfortunate that the Defendant, CNN, chooses to continue sit on their hands while the legitimacy of this Honorable Court is undermined.  As Officers of this Court, every Officer has a professional code of conduct requiring them to strike malicious and vexatious Non-Parties, no matter which way the wind blows in terms of favor.

8. The Non-Party Jason Goodman has been in contact with the key actor in this lawsuit, CNN Reporter Donie O'Sullivan since 2017.  The Court and the Plaintiff have no remedy to know whether collusion exists between the Defendant CNN and Non-Party Jason Goodman without the powers of  limited Discovery.

9.  The Plaintiff reasserts his Rights for filings of an Amended Complaint given the compounding damages caused by the Defendant CNN's CEO, Jeff Zucker, in October 2021 at the 2021 New Emmy Awards.  The Counsel for the Defense continually has bouts of amnesia when reminded of CNN executives republication, rebroadcasting, and endorsement of false statements about the Plaintiff.in addition to the False Light cast on the Plaintiff which caused irreparable harm.

10. The Plaintiff wishes to rest on his rights for seeking Discovery, seeking instead a Scheduling Order as per the opposing Counsel's point of law.  (See Siner V. City of Detroit), the Honorable Judge Gershwin Drain presiding.  The Pro Se Plaintiff acknowledges the required  precursor step of a Scheduling Order before the granting of Discovery.

11. Respectfully submitted this 2nd day of Marc, 2022,


George Webb Sweigert (pro se),
george.webb@gmail.com, 503-919-0748
209 St. Simons Cove, Peachtree, GA 30269-4201
Signed this day of March 2nd, 2022