UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEORGE W. SWEIGERT,

    Plaintiff,

v.

CABLE NEWS NETWORK,

    Defendant.
_____/

Case No. 20-cv-12933

U.S. DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

## JUDGMENT

Pursuant to the Opinion and Order entered on this date; judgment is hereby entered in favor of the Defendant and against the Plaintiff.

**SO ORDERED.**

Dated: March 21, 2022

/s/Gershwin A. Drain
GERSHWIN A. DRAIN
United States District Judge

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 21, 2022, by electronic and/or ordinary mail.
/s/ Teresa McGovern
Deputy Clerk