# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION
# AT DETROIT

| | |
|---|---|
| **George Webb Sweigert,** | : CASE |
| | : |
| Plaintiff, | : NO - 2:20-cv-12933-GAD-KGA |
| | : |
| V. | : US DISTRICT COURT JUDGE |
| | : |
| | : Judge Gershwin A. Drain |
| | : |
| **CABLE NEWS NETWORK, INC** | : NOTICE OF APPEAL |
| | |
| Defendant | |

**MAY IT PLEASE THE COURT, NOW COMES** George Webb Sweigert, Plaintiff, ("George Webb Sweigert"), and by and through his own pro se counsel, hereby appeals to the United States Court Of Appeals for the Sixth Circuit from the ORDER ECF 61, issued 3/21/2022. The Plaintiff, files this NOTICE OF APPEAL in 2:20-cv-12933 in the Defamation against Cable News Network, Inc. ("CNN"). Unfounded, malicious, and vexatious claims of FRAUD ON THE COURT through an Amicus Brief allowed for Justice to be subverted in this case. The right to file an

Amended Complaint will also be asserted based on continuous injury by the Defendant, CNN.

Respectfully submitted this 21st day of March, 2022.

*/s/ George Sweigert*

**George Webb Sweigert**

George Webb Sweigert (pro se)
Georg.webb@gmail.com

1671 W. Stearns Road, Suite E
Temperance, MI 48182
Tel: 503-919-0748