UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

George Webb Sweigert,

              Plaintiff(s),

v.                                            Case No. 2:20−cv−12933−GAD−KGA
                                                  Hon. Gershwin A. Drain

Cable News Network, Inc.,

              Defendant(s).

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH 45202−3988

and all interested parties, by electronic means or first class U.S. mail, on March 21, 2022.

                                                      KINIKIA D. ESSIX, CLERK OF COURT

                                                    By: s/ D. Peruski
                                                         Deputy Clerk

Dated: March 21, 2022