**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: May 26, 2022

Ms. Jennifer Ann Dukarski
Butzel Long
301 E. Liberty Street
Suite 500
Ann Arbor, MI 48104

Ms. Robin Luce Herrmann
Mr. Joseph E. Richotte
Butzel Long
201 W. Big Beaver Road
Suite 1200
Troy, MI 48084

Mr. George Webb Sweigert
1671 W. Stearns Road
Suite E
Temperance, MI 48182

Re: Case No. 22-1226, *George Sweigert v. Cable News Network, Inc.*
Originating Case No. : 2:20-cv-12933

Dear Counsel and Mr. Sweigert,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Sharday S. Swain
Case Manager
Direct Dial No. 513-564-7027

cc: Ms. Kinikia D. Essix

Enclosure

No mandate to issue

Case No. 22-1226

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

GEORGE WEBB SWEIGERT

    Plaintiff - Appellant

v.

CABLE NEWS NETWORK, INC.

    Defendant - Appellee

   Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

   The proper fee was not paid by **April 21, 2022**.

   It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

                                                        **ENTERED PURSUANT TO RULE 45(a),**
                                                        **RULES OF THE SIXTH CIRCUIT**
                                                        Deborah S. Hunt, Clerk

Issued: May 26, 2022